**Electronically Filed**
**Supreme Court**
**SCWC-30291**
**13-NOV-2012**
**02:43 PM**

NO. SCWC-30291

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ROPATI J. TAUTUA,
Petitioner/Claimant-Appellant,

vs.

BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES,
Respondent/Employer-Appellee, Self-Insured,

and

SEDGWICK CMS, Respondent/Third-Party Administrator-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30291; CASE NO. AB 2005-503 (2-99-06569))

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Nakasone, in place of Acoba, J., recused)

On November 2, 2012, petitioner/claimant-appellant

Ropati J. Tautua filed a document asking the court to provide the

reasons his application of a writ of certiorari was rejected.

Upon review of the document and the record,

IT IS HEREBY ORDERED that to the extent petitioner's

request is a motion for reconsideration of the October 30, 2012

order rejecting his application for a writ certiorari, it is

dismissed.  <u>See</u> HRAP 40.1(h) ("Neither acceptance nor rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration in the supreme court.").  Moreover, there is no basis for clarification of the October 30, 2012 order.

DATED: Honolulu, Hawaiʻi, November 13, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karen T. Nakasone